FILED: September 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4603
(8:11-cr-00616-DKC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MARCEL APARICIO-SORIA

      Defendant - Appellant

_____

O R D E R
_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted. Counsel shall file 20 additional paper copies of all briefs and appendices previously filed in this case within 10 days.

This case is tentatively calendared for oral argument December 10 - 12, 2013 session.

                For the Court

                /s/ Patricia S. Connor, Clerk